UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS J. OLSEN, Individually and on behalf of
all other persons similarly situated,

        Plaintiff,

         -against-

LIZZIE FORTUNATO JEWELS, LLC,

        Defendant.
------------------------------------------------------------------------X

ORDER

20-CV-2673 (PGG)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The docket sheet, maintained by the Clerk of Court, does not reflect that the defendant filed an answer to the plaintiff's complaint and the time to do so has elapsed. Therefore, on or before September 11, 2020, the plaintiff shall advise the Court, in writing, of the status of this action.

Dated:  New York, New York
           September 8, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE