UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, individually and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIZZIE FORTUNATO JEWELS, LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-02673-PGG-KNF |

## NOTICE OF SETTLEMENT

　　Plaintiff Thomas J. Olsen, by and through undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Lizzie Fortunato Jewels, LLC to amicably resolve the above-captioned action. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Date:  September 10, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/Christopher H. Lowe*
　　　　　　　　　　　　　　　　　　　　　Christopher H. Lowe
　　　　　　　　　　　　　　　　　　　　　LIPSKY LOWE LLP
　　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　　　　　　New York, New York 10170
　　　　　　　　　　　　　　　　　　　　　212.392.4772
　　　　　　　　　　　　　　　　　　　　　chris@lipskylowe.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Thomas J. Olsen*